No. 11-183. Seneca Telephone Company, Petitioner v. Miami Tribe of Oklahoma, dba White Loon Construction Company.

565 U.S. 963, 132 S. Ct. 454, 181 L. Ed. 2d 295, 2011 U.S. LEXIS 7509.

October 17, 2011. Petition for writ of certiorari to the Supreme Court of Oklahoma denied.

Same case below, 253 P.3d 53.

No. 11-185. Leon R. Koziol, Petitioner v. Grievance Committee of the Fifth Judicial District of New York.

565 U.S. 963, 132 S. Ct. 455, 181 L. Ed. 2d 295, 2011 U.S. LEXIS 7455.

October 17, 2011. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 16 N.Y.3d 853, 922 N.Y.S.2d 267, 947 N.E.2d 159.

No. 11-186. Michael S. Kimm, Petitioner v. Shin Auk Kang.

565 U.S. 963, 132 S. Ct. 455, 181 L. Ed. 2d 295, 2011 U.S. LEXIS 7521.

October 17, 2011. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

No. 11-187. ZL Technologies Inc., Petitioner v. Gartner Group, Inc., et al.

565 U.S. 963, 132 S. Ct. 455, 181 L. Ed. 2d 295, 2011 U.S. LEXIS 7579.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 433 Fed. Appx. 547.

No. 11-188. Margaret A. Quinn, Petitioner v. Nafta Traders, Inc.

565 U.S. 963, 132 S. Ct. 455, 181 L. Ed. 2d 295, 2011 U.S. LEXIS 7489.

October 17, 2011. Petition for writ of certiorari to the Supreme Court of Texas denied.

Same case below, 339 S.W.3d 84.

No. 11-193. USI MidAtlantic, Inc., et al., Petitioners v. William A. Graham Company, dba The Graham Company.

565 U.S. 963, 132 S. Ct. 456, 181 L. Ed. 2d 295, 2011 U.S. LEXIS 7454.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 646 F.3d 138.

No. 11-201. John Kliesh, Petitioner v. Select Portfolio Servicing, Inc., et al.

565 U.S. 963, 132 S. Ct. 457, 181 L. Ed. 2d 295, 2011 U.S. LEXIS 7534,

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 419 Fed. Appx. 268.

No. 11-203. Robert E. Poles, Petitioner v. Marcia J. Sikowitz.

565 U.S. 964, 132 S. Ct. 457, 181 L. Ed. 2d 295, 2011 U.S. LEXIS 7559,

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.